JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAKIR RODWALL, | Case No. CV 12-3991-GHK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LEE BOCA, et al., | |
| Respondents. | |

Pursuant to the Memorandum and Order Dismissing Petition as Moot and For Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 8/5/12

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE